NUMBER 13-00-031-CV 
COURT OF APPEALS 

THIRTEENTH DISTRICT OF TEXAS 

CORPUS CHRISTI 

____________________________________________________________________ 



JOSE ANTONIO FABELA , Appellant, 



v. 



ANTONIO DE LEON, ET AL. , Appellees. 

____________________________________________________________________ 


On appeal from the 92nd District Court 

of Hidalgo County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, JOSE ANTONIO FABELA , perfected an appeal from a judgment entered by the 92nd District Court of Hidalgo
County, Texas, in cause number C-2997-99-A . After the clerk's record was filed, the parties filed a joint motion to dismiss
the appeal. In the motion, the parties state that they have reached an agreement to settle and compromise their differences in
the underlying cause. The parties request that this Court vacate the judgment of the trial court and dismiss the appeal. 

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted. The judgment of the trial court is VACATED, and the
appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 16th day of March, 2000 .